# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER  
ADC #114018                                                           PLAINTIFF

v.                    No. 3:19-cv-111-DPM

DOE, Waffle House Manager,                                            DEFENDANT
Jonesboro

## ORDER

Motion to amend complaint, № 12, denied. The Court dismissed Webster's complaint; and nothing in the proposed amendment warrant relief from the Judgment and final Order. № 9 & № 10. This case is closed.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

24 July 2019